# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:17-0826 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| SUMMER STUDY PROGRAMS, INC., : | |
| : | |
| Defendant : | |

## ORDER

For the reasons discussed in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) PSU's amended motion for entry of default judgment against SSP, (Doc. 10), is **GRANTED**;

(2) the court hereby enters **JUDGMENT** in favor PSU and against SSP in the amount of $319,178.59;

(3) post-judgment interest on the judgment is to accrue at the statutory rate, pursuant to 28 U.S.C. §1961, from the date judgment is entered against SSP;

(4) PSU is directed to file a brief with the necessary evidentiary materials to support its claim for pre-judgment interest and costs as well as attorney's fees within **14 days of the date of this Order**; and

(5) PSU is directed to personally serve SSP and William Cooperman with copies of its brief and supporting evidentiary materials and to file a return of service with the court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 29, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0826-01-ORDER.wpd